IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

J.P. OWENS, JR.,

    Petitioner,

v.                                 CASE NO. 5:10-cv-183-RS-GRJ

WALTER A McNEIL,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 34). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 8) is **DENIED**.

3. The certificate of appealability is **DENIED** because Petitioner has not made a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on August 12, 2013.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**